# United States Court of Appeals
## For the First Circuit

Nos. 13-2173
     13-2208

JAMES AND JANET BAKER; PAUL G. BAMBERG AND ROBERT ROTH,

Plaintiffs, Appellants,

v.

GOLDMAN, SACHS & CO., ET AL,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 12, 2014 is amended as follows:

On page 20, note 7, line 5, "are" is inserted before "not persuaded".

On page 29, note 13, line 4, "parties" is changed to "parties'".

On page 32, line 4, "§" is inserted between "Regs." and "3.16(2)".

On page 38, line 12, "claim" is changed to "claims".